UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JERRY PEREZ,  §<br>  *Plaintiff*,  §<br>  §<br>vs.  §<br>  §<br>EXPRESS PICKUP & DELIVERY  §<br>TRANSPORT SERVICES, INC.,  §<br>  *Defendant*.  § | Case No. SA-21-CV-00013-JKP |

## ADVISORY OF OUTCOME OF MEDIATION

On April 12, 2022, this matter was referred to the undersigned to conduct a non-binding settlement conference/mediation with the parties [#25]. On June 16, 2022, the undersigned held a Zoom mediation, and all parties and their counsel participated. The undersigned advises that the case SETTLED during mediation. The parties will file their dismissal paperwork within 30 days.

SIGNED this 16th day of June, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE