IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JERRY PEREZ, Individually and on Behalf of All Others Similarly Situated**     **PLAINTIFF**

vs.                              No. 5:21-cv-13-JKP

**EXPRESS PICKUP & DELIVERY TRANSPORT SERVICES, INC.**     **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs. As the parties' agreement contemplates payments not yet tendered, the parties request that the Court retain jurisdiction of this matter for the limited purpose of enforcing the agreement, if necessary.

Respectfully submitted,

**PLAINTIFF JERRY PEREZ**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 1 of 2
Jerry Perez, et al. v. Express Pickup & Delivery Transport Services, Inc.
U.S.D.C. (W.D. Tex.) 5:21-cv-13-JKP
Joint Stipulation of Dismissal with Prejudice

    and    **DEFENDANT EXPRESS PICKUP & DELIVERY TRANSPORT SERVICES, INC.**

MEHAFFYWEBER, P.C.
2615 Calder, Suite 800
Beaumont, Texas 77702
Telephone: (409) 835-5011
Facsimile: (409) 835-5177

*/s/ James W. Henges*
James W. Henges
State Bar No. 00790860
jameshenges@mehaffyweber.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via electronic service as listed below on this the 12th day of October, 2022.

James W. Henges, Esq.
MEHAFFYWEBER, P.C.
2615 Calder, Suite 800
Beaumont, Texas 77702
Telephone: (409) 835-5011
Facsimile: (409) 835-5177
jameshenges@mehaffyweber.com

    */s/ Josh Sanford*
    **Josh Sanford**

Page 2 of 2
Jerry Perez, et al. v. Express Pickup & Delivery Transport Services, Inc.
U.S.D.C. (W.D. Tex.) 5:21-cv-13-JKP
Joint Stipulation of Dismissal with Prejudice